MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:16-mj-0185-PAL |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **TRIAL** (First Request) |
| vs. ) | |
| ) | |
| CARLOS REVELES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through, Nadia Ahmed, Assistant United States Attorney, and Jason R. Margolis, Esq. of Mace J. Yampolsky, Ltd., counsel for Defendant Carlos Reveles, that the trial in above-captioned matter be continued until the next available date on the Court's calendar after June 1, 2016.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant was retained on September 1, 2015 to represent the Defendant in connection with this case.

2. Counsel appeared at the initial arraignment on April 19, 2016, entered a not guilty plea on behalf of the Defendant, and set the matter for trial on May 25, 2016.

However, Defendant is scheduled to be out of the country on a pre-planned trip from May 16, 2016 through May 28, 2016.

3. The Defendant is out of custody, and does not object to the continuance.

4. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

5. The additional time requested by this Stipulation is excludable in computing the time within which trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5. This is the first stipulation for a continuance sought by the parties hereto.

Dated this 11th day of May, 2016.

| MACE J. YAMPOLSKY, LTD. | OFFICE OF THE UNITED STATES ATTORNEY |
|---|---|
| /s/ Mace J. Yampolsky, Esq. | /s/ Nadia Ahmed, Esq. |
| MACE J. YAMPOLSKY, ESQ. | NADIA AHMED, ESQ. |
| Attorney for Defendant | Attorney for Plaintiff |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:16-mj-0185-PAL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARLOS REVELES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

**FINDINGS OF FACT**

1. Counsel for Defendant was retained on September 1, 2016 to represent the Defendant in connection with this case.

2. The trial in this matter is scheduled for May 25, 2016.  However, Defendant is scheduled to be out of the country on a pre-planned trip from May 16, 2016 through May 28, 2016.

3. The Defendant is out of custody, and does not object to the continuance.

4. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

5. The additional time requested by this Stipulation is excludable in computing the time within which trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5. This is the first stipulation for a continuance sought by the parties hereto.

For all of the above-enumerated reasons, the ends of justice would be served by granting a continuance of the above trial date in this matter.

## **CONCLUSIONS OF LAW**

Based on the fact that Defendant will be out of the country from May 16, 2016 through May 28, 2016; and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3616(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I) and 3616(h)(7)(B)(iv); and

2. The ends of justice is served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

**ORDER**

**IT IS THEREFORE ORDERED** that the Trial in the above-captioned matter, currently scheduled for May 25, 2016, at the hour of 8:45 a.m., be vacated and continued until the next available date on the Court's calendar after June 1, 2016.

Dated: May 12, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Trial in this matter is now set for: July 13, 2016, at 8:45 a.m.